# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| STACY KELLE HUGHES | CIVIL ACTION NO. 17-0711 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STEVE PRATOR | MAG. JUDGE KAREN HAYES |

## JUDGMENT

For the reasons set forth in the Court's Ruling and the Report and Recommendation of the Magistrate Judge [Doc. No. 18], and after a *de novo* review of the entire record, including Defendant's objection, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 8] filed by Defendant Caddo Parish Sheriff Steve Prator is DENIED.

MONROE, LOUISIANA, this 5th day of December, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE